# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| LE'SEAN EDGE,<br>  Plaintiff, | : Case No. 1:20-cv-892<br>:<br>: Judge Timothy S. Black |
| vs. | :<br>: Magistrate Judge Stephanie Bowman |
| MS. MAHLMAN, *et al.*,<br>  Defendants. | :<br>: |

### DECISION AND ENTRY
### ADOPTING THE REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 22); AND
### TERMINATING THIS CASE ON THE COURT'S DOCKET

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on August 23, 2021, submitted a Report and Recommendation. (Doc. 22). No objections were filed, and the time for doing so has now expired.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this case. Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

   1.   The Report and Recommendation (Doc. 22) is **ADOPTED**;

   2.   Defendants Justice and Wellman's motion for judgment on the pleadings is **GRANTED**;

3. The Clerk shall enter judgment accordingly and, as no claims remain pending as to any named defendant, this case shall be **TERMINATED** on the docket of this Court; and

4. Pursuant to 28 U.S.C. § 1915(a), the Court certifies that an appeal of this Order would not be taken in good faith and, therefore, this Court **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**IT IS SO ORDERED.**

Date: 3/18/2022                                                                                       *s/ Timothy S. Black*
                                                                                                        Timothy S. Black
                                                                                                        United States District Judge